UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: PORK ANTITRUST LITIGATION                                    MDL No. 2998


(SEE ATTACHED SCHEDULE)


CONDITIONAL TRANSFER ORDER (CTO −5)


On June 9, 2021, the Panel transferred 2 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2021). Since that time, 4 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable John R. Tunheim.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Tunheim.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of June 9, 2021, and, with the consent of that court, assigned to the Honorable John R. Tunheim.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 19, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: PORK ANTITRUST LITIGATION                                                         MDL No. 2998

### SCHEDULE CTO−5 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| CALIFORNIA NORTHERN | | | | |
| CAN | 4 | 21−05684 | Kraft Heinz Foods Company v. Agri Stats, Inc. et al | **21-cv-1872 JRT/HB** |
| ILLINOIS NORTHERN | | | | |
| ILN | 1 | 21−04085 | Conagra Brands, Inc. v. Agri Stats, Inc. et al | **21-cv-1873 JRT/HB** |
| ILN | 1 | 21−04187 | Giant Eagle Inc v. Agri Stats Inc. et al | **21-cv-1874 JRT/HB** |
| NEW YORK EASTERN | | | | |
| NYE | 1 | 21−04293 | BJ's Wholesale Club, Inc. v. Agri Stats, Inc. et al | **21-cv-1875 JRT/HB** |